

# MOTION DOCKET

**98-1097.   First Bank of Marietta v. Roslovic & Partners, Inc.**
Franklin App. Nos. 97APE09–1199 and 97APE09–1201. On amended motion for enforcement of judgment entry and for instructions. Motion denied.

DOUGLAS, J., would grant.

PFEIFER, J., would dismiss and award attorney fees against the movant.

**98-1117.   State ex rel. Quality Tower Serv., Inc. v. Indus. Comm.**
Franklin App. No. 97APD04–523. On request for oral argument. Request denied.

**99-889.   State v. Lomax.**
Sandusky C.P. No. 96CR448. On motion to supplement record with copies of supplement attached. Motion denied.

PFEIFER, J., dissents.

On joint motion to supplement record. Motion granted.

**99-963.   State ex rel. Ohio Assn. of Pub. School Emp./AFSCME, Local 4, AFL–CIO v. Batavia Local School Dist. Bd. of Edn.**
Clermont App. No. CA98–08–068. On appellants' request for oral argument. Request granted and cause to be set for oral argument.

F.E. SWEENEY, J., dissents, would grant the writ, and would remand the cause to the court of appeals for calculation of back pay and benefits.

**99-1113.   State v. Lomax.**
Sandusky App. Nos. S–97–037 and S–99–014. On motion to supplement record with copies of supplement attached. Motion denied.

PFEIFER, J., dissents.

On joint motion to supplement record. Motion granted.

**99-1198.   State ex rel. Grendell v. Davidson.**
In Mandamus. This cause came on for consideration upon respondents' itemization of attorney fees and expenses. Upon consideration thereof,

IT IS ORDERED by the court that respondents submit additional evidence within ten days of this entry of the expenses and approximate amount of compensation and fringe benefits, if any, of their counsel that have been paid by the state in connection with the legal services rendered in defending against the frivolous claims raised by relators in their complaint and the first two claims raised by relators in their amended complaint, with the exception of the alleged three-consideration rule violations.

**99-1677.   State v. Joshua.**
Ross App. No. 98CA2466. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**99-1799.   State v. Phillips.**
Cuyahoga App. Nos. 74397, 74398 and 74399. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.